PROB 22
(Rev. 1/2001)

| | | | |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | Docket Number (Tran. Court)<br>3:16cr03-01<br>Docket Number (Rec. Court)<br>0864 0:23CR00061-001 | |
| Andrew Ford<br>Minnesota | District: North Dakota | Division: Fargo | |
| | Sentencing Judge: | The Honorable<br>Ralph R. Erickson | |
| | Supervision Dates: | From:<br>2/20/2023 | To:<br>2/19/2026 |
| Offense: | Count one: Interference with Commerce by Threats and Violence (Hobbs Act Robbery), in violation of 18 U.S.C. 1951(a)<br>Count two: Possession of a Firearm in Furtherance of a Crime of Violence; in violation of 21 U.S.C. 924(c)(1) and 2 | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above, be transferred with the records of the Court to the United States District Court for the District of Minnesota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 23, 2023
*Date*

/s/ Peter D. Welte
*The Honorable Peter D. Welte*
*Chief United States District Court Judge*

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer-supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 28, 2023
*Effective Date*

s/Nancy E. Brasel
*United States District Court Judge*